No. 93–8697. COCHRAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8815. COLAVITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–9244. SCHMELTZER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9377. GONZALEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–162. ROSALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–386. VSA, INC., DBA VSA CAROLINAS v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 94–418. SHAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–430. BIRD v. UNITED STATES (Reported below: 40 M. J. 270); BLEDSOE v. UNITED STATES (40 M. J. 292); JONES v. UNITED STATES (39 M. J. 315); WILLIAMS v. UNITED STATES (40 M. J. 271); COLLAVINI v. UNITED STATES (40 M. J. 271); LUMSDEN v. UNITED STATES (40 M. J. 275); CARTER v. UNITED STATES (40 M. J. 275); CLANIN v. UNITED STATES (40 M. J. 302); DUNCAN v. UNITED STATES (40 M. J. 314); JOHNSON v. UNITED STATES (40 M. J. 306); GREENHOUSE v. UNITED STATES (40 M. J. 289); FISHER v. UNITED STATES (40 M. J. 291); HICKMAN v. UNITED STATES (40 M. J. 280); THORPE v. UNITED STATES (40 M. J. 305); FRITZ v. UNITED STATES (40 M. J. 290); TATUM v. UNITED STATES (40 M. J. 320); MILLER v. UNITED STATES (41 M. J. 77); BIESTERVELD v. UNITED STATES (40 M. J. 274); SMALL v. UNITED STATES (40 M. J. 285); NORRIS v. UNITED STATES (40 M. J. 311); WINSTON v. UNITED STATES (41 M. J. 66); HILTS v. UNITED STATES (40 M. J. 283); KEY v. UNITED STATES (40 M. J. 319); DAVIS v. UNITED STATES (41 M. J. 75); FIESE v. UNITED STATES (40 M. J. 280); ALFRED v. UNITED STATES (40 M. J. 281); BENCH v. UNITED STATES (40 M. J. 290); HORNING v. UNITED STATES (41 M. J. 93); EDWARDS v. UNITED STATES (41 M. J. 87); HICKS v. UNITED STATES (40 M. J. 312); LAROCCA v. UNITED STATES (40 M. J. 315); GARCIA v.

UNITED STATES (40 M. J. 298); BRYAN v. UNITED STATES (40 M. J. 301); JOHNSON v. UNITED STATES (41 M. J. 66); MERCADO v. UNITED STATES (40 M. J. 289); SANDERSON v. UNITED STATES (40 M. J. 301); DOMINGO v. UNITED STATES (41 M. J. 92); NIEVES v. UNITED STATES (41 M. J. 88); VARGAS-CORONADO v. UNITED STATES (40 M. J. 293); MORENO v. UNITED STATES (41 M. J. 110); KRAMER v. UNITED STATES (40 M. J. 282); JOVANOVICH v. UNITED STATES (40 M. J. 284); STOHOSKY v. UNITED STATES (41 M. J. 72); BISHOP v. UNITED STATES (40 M. J. 303); HOWE v. UNITED STATES (40 M. J. 308); WIXOM v. UNITED STATES (40 M. J. 308); MILLER v. UNITED STATES (41 M. J. 83); BRINKLEY v. UNITED STATES (40 M. J. 273); CORMIER v. UNITED STATES (41 M. J. 76); SIMON v. UNITED STATES (40 M. J. 274); BLAYLOCK v. UNITED STATES (41 M. J. 81); SCHOLTZ v. UNITED STATES (40 M. J. 298); HUGHES v. UNITED STATES (40 M. J. 298); ADAMS v. UNITED STATES (40 M. J. 294); SNAPP v. UNITED STATES (40 M. J. 301); DURR v. UNITED STATES (40 M. J. 301); MILBURN v. UNITED STATES (40 M. J. 306); MARTINEZ v. UNITED STATES (40 M. J. 307); ROBINSON v. UNITED STATES (40 M. J. 308); FAMULARO v. UNITED STATES (40 M. J. 310); OATES v. UNITED STATES (40 M. J. 313); WILLIAMS v. UNITED STATES (40 M. J. 313); JONES v. UNITED STATES (41 M. J. 66); STRONG v. UNITED STATES (41 M. J. 68); BOUQUET v. UNITED STATES (41 M. J. 68); ROBERTS v. UNITED STATES (41 M. J. 71); PROVENCIO v. UNITED STATES (41 M. J. 75); JACKSON v. UNITED STATES (41 M. J. 76); HATMAKER v. UNITED STATES (41 M. J. 92); WILKINS v. UNITED STATES (41 M. J. 88); TRIVINO v. UNITED STATES (40 M. J. 286); SIRNIC v. UNITED STATES (41 M. J. 69); MATHEWS v. UNITED STATES (40 M. J. 289); MENDENHALL v. UNITED STATES (41 M. J. 90); MURPHY v. UNITED STATES (41 M. J. 95); SANCHEZ v. UNITED STATES (40 M. J. 313); JACOBS v. UNITED STATES (40 M. J. 282); LOTT v. UNITED STATES (41 M. J. 81); KEY v. UNITED STATES (41 M. J. 97); WARE v. UNITED STATES (40 M. J. 319); WRIGHT v. UNITED STATES (41 M. J. 84); RHODES v. UNITED STATES (41 M. J. 94); LOUDERMILK v. UNITED STATES (41 M. J. 84); DICE v. UNITED STATES (41 M. J. 85); CUMMINGS v. UNITED STATES (41 M. J. 73); MITCHELL v. UNITED STATES (40 M. J. 270); MAJORS v. UNITED STATES (40 M. J. 275); DELEON v. UNITED STATES (40 M. J. 312); ELLIS v. UNITED STATES (40 M. J. 274); POOLE v. UNITED STATES (40 M. J. 285); DROWN v. UNITED STATES (40 M. J. 279); and BUNDY v. UNITED STATES (41 M. J. 77). C. A. Armed Forces. Certiorari denied.